# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )   CASE NUMBER: CR 00-6047-CR-Zloch
          Plaintiff )
                 )
      -vs- )   REPORT COMMENCING CRIMINAL ACTION
                 )
JOHN C. GOETZ )
          Defendant

FILED by __ D.C. MAR -1 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

55218-004

TO: CLERK'S OFFICE    MIAMI    FT. LAUDERDALE    W. PALM BEACH
       U.S. DISTRICT COURT      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 03/01/00   6:30 (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 21 USC 952, 21 USC 963
Importation of Controlled Substance

(4) UNITED STATES CITIZEN: (X) YES ( ) NO ( ) UNKNOWN

(5) DATE OF BIRTH: 07/31/64

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT    [ ] COMPLAINT    CASE # _____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ] YES [ ] NO

AMOUNT OF BOND: $ PTD    WHO SET BOND? Snow

(7) REMARKS: _____

(8) DATE: 03/01/00    (9) ARRESTING OFFICER: Susan Judah

(10) AGENCY: USCS    (11) PHONE #: 954-356-7383

(12) COMMENTS _____

13