# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JOHN GOETZ

**WARRANT FOR ARREST**

CASE NUMBER: 00-6047-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOHN GOETZ__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to import controlled substances, importation of cocaine and marijuana

in violation of Title 21 United States Code, Section(s) __841, 952__
in violation of Title 18 United States Code, Section(s) __2__

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] Ginny Butler | 02/29/00     FORT LAUDERDALE, FLORIDA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ __PRETRIAL DETENTION Requested__ | [signature] Lurana S. Snow by CHIEF UNITED STATES MAGISTRATE JUDGE |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at Ft. Lauderdale, FL |

| DATE RECEIVED 02/29/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 03/01/2000 | FOR:   USC | [signature] Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:  JOHN GOETZ

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____