COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOHN GOETZ (J)                    CASE NO: 00-6047-CR-ZLOCH
AUSA: MICHAEL DITTOE                    ATTY:
AGENT: CUSTOMS                          VIOL: 21:963; 952; 846
PROCEEDING I/A ON SEALED INDICT.        RECOMMENDED BOND PTD 200,000 CSB
BOND HEARING HELD - yes/no              COUNSEL APPOINTED
___ BOND SET @
___ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

*Gov't moved to unseal indictment
Order signed unsealing
Deft advised of charges — to
retain Counsel —*

FILED by ___ D.C.
MAR 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S/D OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:  3-3 / LSS
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:      3-3 / LSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 3-1-00   Time 11:00   FTL/LSS TAPE #00- 011   Begin: 1362   End:

27