COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOHN GOETZ (J)                  CASE NO: 00-6047-CR-ZLOCH
AUSA: MICHAEL DITTOE - *pres'*        ATTY: _____
AGENT: _____                 VIOL: _____
PROCEEDING INQ RE CNSL/ARRAIGN.       BOND SET: ~~200,000 CSB~~  no hrg held
                                      100,000 10% *recommended*
BOND HEARING HELD - yes/no            COUNSEL APPOINTED *by govt.*

  BOND SET @ 100,000 10% / 100,000 PSB

  SPECIAL CONDITIONS:

1) To be cosigned by: *sister + brother-in-law and wife*

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

*Sworn for appointment of Counsel*

*CJA Counsel will be appointed*

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          (PTD/BOND HRG:)    3-6    //    Snow
                          (PRELIM/ARRAIGN:)  3-6    //     "
                          REMOVAL HRG:
                          STATUS CONF:

Date: 3/3/00    Time: 11:00    FTL/LSS TAPE #00- 012    Begin: 2664    End: 3219

35