UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA

vs

JOHN GOETZ

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 6, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:                Address: __ON BOND FORM__

                          Telephone:_____

DEFENSE COUNSEL:          Name:____RUBEN GARCIA, ESQ._____

                          Address:_____

                          Telephone:_____

BOND SET                  $_____200,000 PERSONAL SURETY_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __6TH__ day of __MARCH__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_
Deputy Clerk

Tape No. __00-013__

cc: Copy for Judge
    U. S. Attorney