COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOHN GOETZ (J)  CASE NO: 00-6047-CR-ZLOCH
AUSA: MICHAEL DITTOE — *pres*  ATTY: *Ruben Garcia*
AGENT: ___  VIOL: ___
PROCEEDING BOND HEARING/ARRAIGN.  RECOMMENDED BOND 100/10% & 200 PSB
BOND HEARING HELD - yes/no  COUNSEL APPOINTED ___
BOND SET @ 200,000 PSB

[FILED MAR - 6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

SPECIAL CONDITIONS:
1) To be cosigned by: wife, sister, mother & father
2) Rpt to PTS / x's a (wk)/month by phone; / x's a (wk)/month in person
3) Travel extended to:
4) maintain employment
5) random drug testing as appropriate
6) no firearms

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN:

REMOVAL HRG:

STATUS CONF: 4-6 11 Snow

Date: 3/6/00   Time 11:00   FTL/LSS TAPE #00-00-013  Begin: 153  End: 491

50