**UNITED STATES DISTRICT COURT**
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: _CO-6047 CR WJZ_

STYLE: _USA v Goetz_

DATE: _3/14/00_

[FILED by _ D.C.
MAR 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.]

The Chambers of the Honorable _____
has received the attached document.  After review, it has been
determined that this document requires the following action by
the Clerk's Office:


_____   Docket this document as a motion for_____

        _____.


_____   Docket this document as a response to the following
        motion: _____.

_____   Docket this document as an answer _____.

_____   Docket this document as _____.

_____   Docket this as an information matter only and file on the
        left side of the file.

_____   Other: _____

        _____

        _____

        _____

        _____



Signed: _____

Name: _____

Title: _____



CASE NO: _06-6047-CR-Zlock_

COUNTY OF _Erie_          )

STATE OF _New York_      )

      Being first duly sworn, I hereby state that I have been asked to sign a $ _200,000_ personal surety bond on behalf of _John Goetz_ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

      Dated this __8__ day of _March 2000_, ~~1996~~.

_Mary L. Goetz_
Name

_93 Chatsworth Avenue_
Address

_Kenmore_                _ny_         _14217_
City                          State              Zip

      Sworn and subscribed before me this _9th_ day of

_March_                        , _2000_ ~~1996~~.

_Jane M. Bohn_
NOTARY PUBIC

My Commission Expires:

_3-30-2000_
_Monroe County_
_State of New York_
_#01BO4664385_

Return form to:
  Clerk, U. S. District Court
  299 E. Broward Blvd., Room 108
  Ft. Lauderdale, FL  33301

CASE NO: _OO -6047-CR WJ²_

COUNTY OF          )

STATE OF           )


       Being first duly sworn, I hereby state that I have been asked to sign a $ _200,000_ personal surety bond on behalf of _John Meetz_ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

           Dated this __10__ day of _MARCH_ , 1996.

_____
Name

_136 Roosevelt Dr._
Address

_Lockport_         _NY_       _14094_
City               State         Zip

     Sworn and subscribed before me this __8th__ day of

_March_ _____ , 1996.

_____
NOTARY PUBLIC

BERNADETTE M LEE
Notary Public, State of New York
Qualified in Niagara County
My Commission Expires Oct. 18, __

My Commission Expires:

_10-18-2001_

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL  33301