UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA,      :

        Plaintiff,            :

v.                             :

JAMES BOOKER, et al.,          :

        Defendant.            :
_____

## STATUS REPORT

    A status conference was held in this cause on April 6, 2000. At that conference, the parties informed the Court as follows:

    1. The initial discovery package has been provided, and tapes and transcripts are available. This is a wiretap case involving some ten thousand intercepted conversations.

    2. There is a pending Government motion to delay production of <u>Giglio</u> material, and defense motions to continue the trial and to exclude Rule 404 evidence.

    3. Counsel for defendants shall have until April 20, 2000 within which to file pretrial motions. It is not likely that the parties will be ready for trial as scheduled on April 25, 2000.

    DATED at Fort Lauderdale, Florida, this 7th day of April, 2000.

                              LURANA S. SNOW
                              CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Michael Dittoe
Federal Public Defender's Office
Israel Encinosa, Esq.      Philip Horowitz, Esq.
Ruben Garcia, Esq.         Harold Keefe, Esq.

