DEFT: James Booker et al (no defts)  
CASE NO: 00-6047-CR-Zloch  
AUSA: Mike Ditto *present*  
ATTNY: ~~FPD~~ Gary Rosenberg, Joel Robrish, Isreal Encinosa, Harold Keefe, Phil Horowitz,  
AGENT:  
VIOL: Ruben Garcia, Scott Sakin  

PROCEEDING: Motion for protective order to defer compliance re SDO  
BOND REC:  
COUNSEL APPOINTED:  

BOND HEARING HELD - yes/no  
BOND SET @  
CO-SIGNATURES:  
SPECIAL CONDITIONS:  

FILED by ___ D.C.  
APR 10 2000  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.  

1) Do not violate any law.  
2) Appear in court as directed.  
3) Surrender and/or do not obtain passports/travel documents.  
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.  
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.  
6) Maintain or seek full-time employment.  
7) Maintain or begin an educational program.  
8) No contact with victims/witnesses.  
9) No firearms.  
10) Curfew:  
11) Travel extended to:  
12) Halfway House  
___ Electronic Monitoring  

Attys present
— Atty Gary Rosenberg enters perm. notice of appearance - replacing FPD
— Harold Keefe
— Scott Sakin/stood in for Robrish
— Phil Horowitz
— Reuben Garcia
(Robrish + Encinosa not present)

Motion is Denied/Ct. to stay order pending appeal to District Ct. Judge.

Re: expert witness info v 404 B motion Granted

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  
INQUIRY RE COUNSEL:  
PTD/BOND HEARING:  
PRELIM/ARRAIGN. OR REMOVAL:  
STATUS CONFERENCE:  
DATE: 4-10-00   TIME: 11:00am   TAPE # 00-023   PG # 8  
1151-2660  

97