UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6047-CR-ZLOCH



UNITED STATES OF AMERICA

     v.

JOHN GOETZ

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, Fl, 33301 | COURTROOM A<br>DATE & TIME:<br>April 28, 2000 at 11:00 AM |
|---|---|

CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

*Carlin J. Newby*
BY DEPUTY CLERK

DATE: April 21. 2000

cc:
Michael Dittoe, Esq., AUSA
Terry Thompson, Esq., AUSA
Ruben Garcia, Esq.