UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED BY ___ D.C.
APR 28 2000

CASE NUMBER 00-6047-Cr-Zloch    DATE 4-28-00
CLERK Carline Newby    REPORTER Carl Schanzleh
PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. John Goetz

U. S. ATTORNEY Michael Dittoe    DEFT COUNSEL Ruben Garcia

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING Change of Plea to Count 6

RESULT OF HEARING Deft entered a plea of guilty to Count 6

JUDGMENT Court accepted plea & adjudged deft guilty to Count 6

CASE CONTINUED TO 7-21-00    TIME 10:00    FOR Sentencing

MISC Written Plea Agreement-


113