UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 00-6047-Cr-ZLOCH

v.

JOHN GOETZ
_____/

### MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, JOHN GOETZ, by and through undersigned counsel file this Motion To Continue Sentencing in the instant case(s) and as ground therefore state:

1. The Defendant is scheduled to be sentenced on JULY 21, 2000.

2. Undersigned counsel is presently in trial in the case of UNITED STATES OF AMERICA v. MAGLUTA and FALCON, et al, Case No. 99-583-Cr-SEITZ. This case is now projected to last 8 to 9 weeks.

3. The Defendant is providing assistance to the Government. The Defendant's cooperation is not complete and the Government needs to interview him at greater length.

WHEREFORE the Defendant moves this Honorable Court to continue Defendant's sentencing to date and time convenient to the Court after the completion of Case No. 99-583-Cr-SEITZ.

Respectfully submitted



RUBEN M. GARCIA, ESQUIRE
1209 S.E. 3rd Avenue
Ft. Lauderdale, Florida 33316
(954) 462-4600
Fl. Bar #510475

/128

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded to Michael J. Ditto, Esquire, Assistant United States Attorney at 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394-3002 this 17th day of July, 2000.

Ruben M. Garcia, Esquire