UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.                              O R D E R

JOHN GOETZ

    Defendant
_____

THIS MATTER is before the Court upon Motion To Continue Sentencing (filed July 18, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED. Sentencing of the defendant JOHN GOETZ is hereby reset to September 29, 2000 at 10:00 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____18th____ day of July, 2000.

                                         _____
                                         WILLIAM J. ZLOCH
                                         Chief United States District Judge

cc:
Michael Dittoe, Esq., AUSA
Ruben Garcia, Esq.
Probation