SEP 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6047-CR-HUCK

      Plaintiff,

vs.                                      NOTICE OF HEARING

JOHN GOETZ,

      Defendant.
_____/

PLEASE TAKE NOTICE that the above-entitled cause has been rescheduled for sentencing for Tuesday, October 03, 2000, at 8:30 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

    Dated:  September 11, 2000

                              CLARENCE MADDOX, CLERK

                              By: *Valerie Thompkins*
                                Valerie Thompkins,
                                Deputy Clerk

cc: Michael Dittoe, Esq, AUSA
    Ruben Garcia, Esq.
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services