# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### HON___E PAUL C. HUCK

FILED by ___ D.C.
OCT 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

==========================================================

CASE NO. 00-6047-CR-HUCK                    DATE 10-03-2000

CLERK  Valerie Thompkins    REPORTER  LARRY HERR

USPO   RICK GARCIA          INTERPRETER

UNITED STATES OF AMERICA  vs.  JOHN GOETZ

AUSA  MICHAEL DITTO         DEFENSE CSL.  RUBEN GARCIA

Defendant(s) Present XX  Not Present ___ In Custody ___

TYPE OF HEARING  SENTENCING

RESULT OF HEARING  COUNT 6) 57 MTHS BOP FOLLOWED BY 3YRS SUPERVISE RELEASE.  (ALL REMAINING COUNTS ARE DISMISSED)

[ ] The Court finds that the time between now and the time of trial, to wit: _____ thru _____ to be excludable pursuant to the Speedy Trial Act.

OCT - 5 2000

Rec'd in MIA Dkt _____



SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
OCT 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DEFENDANT John Goetz     CASE # 00-6047-cr Huck

JUDGE PAUL C. HUCK

Deputy Clerk VALERIE THOMPKINS     DATE 10-3-2000

Court Reporter LARRY HERR     USPO Rick Garcia

AUSA Michael Dittoe     Deft's Counsel Ruben Garcia

COUNTS DISMISSED All Remaining Counts

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

JUDGMENT AND SENTENCE

Imprisonment   Years   Months   Counts
                        57        6

Supervised Release  3 Years (Count 6)

Probation   Years   Months   Counts

Comments: Court Advise defendant of his Right to Appeal.

Count(6) Assessment $ 100.00 x y     Fine $ 0

Restitution /Other  0

OCT - 5 2000
Rec'd in MIA Dkt

CUSTODY
____ Remanded to the Custody of the U.S. Marshal Service  ____ Release on bond pending appeal
✓ Voluntary Surrender to (designated institution or U.S. Marshal Service) on 12/1/2000

Commitment Recommendation: Defendant Be Incarcerated in a facility in Florida