CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE **Paul C Huck**

===========================================================

CASE NO. **00-6047-CR**   DATE **10/18/2000**

CLERK   Valerie Thompkins   REPORTER **Larry Herr**

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. **James Booker, Jarrad Knight, Sean Dixon, Donnell Books, Earnest Archie**

AUSA **Michael Dittoe**   DEFENSE CSL. **Philip Horowitz, Gary Rosenberg, Scott Sakin, Joel Robrish**

Defendant(s) Present ____ Not Present ✓  In Custody _____

TYPE OF HEARING **Calendar Call**

RESULT OF HEARING **Defense motion to Continue Trial filed on 10/12/00 is hereby granted. All counsel join in oral Ore tenus to a continuance for their defendant(s) granted.**

===========================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____   Trial Date _____

Govt. Resp to P/T/Motions _____   Further S/C _____

Change of Plea _____

[ ] The Court finds that the time between now and the time of
    trial, to wit: _____ thru _____ to be excludable
    pursuant to the Speedy Trial Act.

FILED by _____ D.C.
OCT 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI